THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02113-CNS-MEH

ROCKY MOUNTAIN GUN OWNERS, NATIONAL ASSOCIATION FOR GUN RIGHTS, and MARTIN CARTER KEHOE,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendant.

## DEFENDANT'S NOTICE OF RELATED CASES

Defendant, Board of County Commissioners of Boulder County (BOCC) hereby submits, pursuant to D.C.COLO.LCivR 3.2, this notice of the following related cases that have two common plaintiffs and common factual allegations and claims:

1. *Rocky Mountain Gun Owners, et al. v. The Town of Superior*, Civil Action No. 22-cv-1685-RM-NRN, filed July 7, 2022.

2. *Rocky Mountain Gun Owners, et al. v. City of Louisville, Colorado*, Civil Action No. 22-cv-2111-STV, filed August 18, 2022.

3. *Rocky Mountain Gun Owners, et al. v. City of Boulder, Colorado*, Civil Action No. 22-cv-2113-RMR-MEH, filed August 18, 2022.

Dated: August 24, 2022.

                                              Respectfully submitted,

                                              BOULDER COUNTY ATTORNEY

By:  */s/ David Hughes*
       David Hughes
       Catherine R. Ruhland
       P.O. Box 471
       Boulder, CO 80306
       (303) 441-3190
       dhughes@bouldercounty.org
       truhland@bouldercounty.org

*Counsel for Board of County Commissioners of Boulder County*