IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02113-CNS-MEH

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendant.

## DECLARATION OF MARTIN CARTER KEHOE

    My name is Martin Carter Kehoe. I am a Plaintiff in this matter. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

    For purposes of this Declaration, the term "Banned Firearm" shall mean "assault weapon" as that term is defined in County's Ordinance No. 2022-5 (the "Ordinance"). For purposes of this Declaration, the term "Banned Magazine" shall mean "large-capacity magazine" as that term is defined in the Ordinance.

    I currently own and possess Banned Firearms. I desire to continue to own and possess the Banned Firearms. Moreover, I wish to potentially acquire more Banned Firearms; potentially transfer my currently owned Banned Firearms to members of my family and/or other persons in the unincorporated areas of the County; and bequeath my Banned Firearms to my devisees who live in the unincorporated areas of the County.

1

I currently possess Banned Magazines. I wish to continue to possess, use and transfer Banned Magazines without fear of criminal prosecution.

I, Martin Carter Kehoe, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct

_____   8-24-22
Martin Carter Kehoe