THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02113-CNS-MEH

ROCKY MOUNTAIN GUN OWNERS, NATIONAL ASSOCIATION FOR GUN RIGHTS, and MARTIN CARTER KEHOE,

      Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

      Defendant.

**JOINT MOTION TO CONTINUE THE SEPTEMBER 8, 2022 STATUS CONFERENCE, EXTEND THE DEADLINE FOR DEFENDANT'S RESPONSE TO PRELIMINARY INJUNCTION MOTION, AND APPROVE STIPULATION TO EXTEND TEMPORARY RESTRAINING ORDER**

      The Parties request an order continuing the status conference scheduled at 9:00 a.m. on September 8, 2022, an extension of the applicable preliminary injunction motion response deadline and an extension of the temporary restraining order. In support, the Parties state as follows:

      1.    On August 24, 2022, Defendant filed a Notice of Related Cases identifying the following cases that have common plaintiffs and factual allegations and claims (the "Related Cases"):

           i.    *Rocky Mountain Gun Owners, et al. v. The Town of Superior*, Civil Action No. 22-cv-1685-RM-NRN, filed July 7, 2022.

   ii.  *Rocky Mountain Gun Owners, et al. v. City of Louisville, Colorado*, Civil Action No. 22-cv-2111-STV, filed August 18, 2022.

   iii.  *Rocky Mountain Gun Owners, et al. v. City of Boulder, Colorado*, Civil Action No. 22-cv-2113-RMR-MEH, filed August 18, 2022.

 2. On August 25, 2022, Plaintiffs filed their motion for a temporary restraining order and preliminary injunction. The Court entered an Order (ECF 15) granting in part Plaintiffs' motion for temporary restraining order and setting the motion for a Status Conference at 9:00 a.m. on Thursday, September 8, 2022. Additionally, under the Order, the temporary restraining order expires on September 13, 2022.

 3. On August 30, 2022, in *Rocky Mountain Gun Owners, et al. v. The Town of Superior*, No. 22-cv-1685-RM-NRN (D. Colo.) counsel of record for the Town of Superior filed an Unopposed Motion to Consolidate the Related Cases. Counsel filed a Notice of Motion on the same date in the instant matter (ECF 17).

 4. The Unopposed Motion to Consolidate the Related Cases is currently pending before Hon. Raymond P. Moore and is set for a Status Conference at 9:30 a.m. on September 16, 2022. (Minute Order, *Town of Superior*, No. 22-cv-1685-RM-NRN (D. Colo. Sept. 6, 2022), ECF No. 41.)

 5. The Parties request the Court continue the September 8, 2022 status conference and the September 15 deadline for responding to Plaintiff's preliminary injunction motion until after the Unopposed Motion to Consolidate the Related Cases has been decided.

6.      Further, the Parties stipulate to an extension of the Temporary Restraining Order until a ruling on Plaintiffs' Motion for Preliminary Injunction has issued. The Parties request that the Court approve this stipulation.

For these reasons, the Parties request the Court enter an Order vacating the September 8, 2022 Status Conference, extending the response deadline to Plaintiff's motion for preliminary injunction, and extending the Temporary Restraining Order until a ruling on the Plaintiffs' Motion for Preliminary Injunction has issued.

Dated: September 7, 2022.

Respectfully submitted,

|  |  |
|---|---|
| By: /s/ *Barry K. Arrington* | BOULDER COUNTY ATTORNEY |
| Barry K. Arrington | By: /s/ *Catherine R. Ruhland* |
| Arrington Law Firm | Catherine R. Ruhland |
| 3801 East Florida Ave., Ste. 830 | David Hughes |
| Denver, CO 80210 | P.O. Box 471 |
| 303-205-7870 | Boulder, CO 80306 |
| barry@arringtonpc.com | (303) 441-3190 |
|  | dhughes@bouldercounty.org |
|  | truhland@bouldercounty.org |
| Shaun Pearman | *Counsel for Defendant* |
| Eric Apjoke |  |
| The Pearman Law Firm, P.C. |  |
| 4195 Wadsworth Boulevard |  |
| Wheat Ridge Colorado 80033 |  |
| 303-991-7600 |  |
| shaun@pearmanlawfirm.com |  |
| eric@pearmanlawfirm.com |  |
| *Counsel for Plaintiffs* |  |