IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:22-cv-02113-CNS-MEH

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendant.

## ORDER

Before the Court is the parties' joint motion to continue the status conference scheduled for September 8, 2022, extend the preliminary injunction motion response deadline, and extend the temporary restraining order. (ECF No. 18).

The current temporary restraining order expires on September 13, 2022. There is, however, a motion to consolidate the related cases, filed by Rocky Mountain Gun Owners, pending before Judge Moore. (22-cv-1685-RM-NRN, ECF No. 40). Judge Moore has set a status conference for September 16, 2022, to address this pending motion. (22-cv-1685-RM-NRN, ECF No. 41).

Accordingly, the Court finds that there is good cause for extending the temporary restraining order and GRANTS the joint motion. *See* Fed. R. Civ. P. 65(b)(2). If Judge Moore

1

denies the motion to consolidate, the stay in the instant case will remain in effect until the Court rules on the Motion for Preliminary Injunction. (ECF No. 14).

IT IS FURTHER ORDERED that the status conference scheduled for September 8, 2022, is VACATED. The parties shall appear for a status conference to discuss the length of the preliminary injunction hearing, exhibits, witnesses, and any other issues on October 27, 2022, at 9:00 a.m. in Courtroom C204 before Judge Charlotte N. Sweeney at the Byron G. Rogers United States Courthouse.

It is FURTHER ORDERED that this case is set for a Preliminary Injunction Hearing on November 8, 2022, at 9:00 a.m. The parties shall comply with all requirements for evidentiary hearings in Judge Charlotte N. Sweeney's Civil Practice Standards.

It is FURTHER ORDERED that Defendant will respond to the Motion for Preliminary Injunction on or by September 22, 2022, and Plaintiffs shall reply on or by September 29, 2022.

It is FURTHER ORDERED that Defendant SHALL respond to the Complaint fourteen (14) days after the Court rules on Plaintiffs' Motion for Preliminary Injunction.

DATED this 7th day of September 2022.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge