THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02113-CNS-MEH

ROCKY MOUNTAIN GUN OWNERS, NATIONAL ASSOCIATION FOR GUN RIGHTS, and MARTIN CARTER KEHOE,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendant.

**JOINT MOTION TO VACATE AND RESET DEADLINES TO RESPOND TO COMPLAINT AND DEADLINES REGARDING MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Rocky Mountain Gun Owners and Martin Kehoe and Defendant Board of County Commissioners of Boulder County (BOCC) request an order vacating the September 22, 2022 and September 29, 2022 briefing deadlines and hearing related to Plaintiff's motion for preliminary injunction. In support, the BOCC states as follows:

**SERVICE TO CLIENTS**

Pursuant to D.C.Colo.LCivR 6.1(c), undersigned counsel is providing this motion to their clients.

1.    On September 7, 2022, the Court vacated and reset the briefing deadlines for the Plaintiff's motion for temporary restraining order and preliminary injunction in light of an unopposed motion to consolidate filed in *Rocky Mtn. Gun Owners, et al v. Town of Superior*, No. 2022-cv-01685-RM-NRN (D. Colo.). Under the Order, the BOCC's response to the motion is

due September 22, 2022, and Plaintiff's reply in support of their motion is due September 29, 2022.

2. On September 16, 2022, Hon. Raymond P. Moore, held a status conference in the related case *Rocky Mtn. Gun Owners, et al. v. Town of Superior*, No. 2022-cv-01685-RM-NRN (D. Colo.). During the hearing, Judge Moore denied the parties' motion to consolidate four (4) related cases[1] and set a deadline of October 17, 2022 for the parties to submit a briefing schedule regarding the Plaintiffs' motion for temporary restraining order filed in that matter. (Courtroom Minutes, No. 2022-cv-01685-RM-NRN (Sept. 16, 2022), ECF 48.)

3. Judge Moore permitted the parties in that case four weeks to establish a briefing schedule. Related to this four-week extension was a discussion regarding a master briefing schedule for similar cases, including this case.

4. The Parties in the four cases have a mutual desire to coordinate briefing schedules and preliminary injunction hearings. Specifically, it's the position of Boulder County and the defendants in the related cases that evidence from the hearings in the Superior case, Louisville case, or City of Boulder Case may heavily inform the issues in the Boulder County case. Further, the Court's September 22 deadline gives Boulder County less than a week after the consolidation decision to brief the complex issues on which Judge Moore has granted the parties a lengthy briefing schedule. As a practical matter, it makes little sense that the parties in a later-filed case would be required to proceed faster than the parties to the first-filed case.

---

[1] The two other cases are *Rocky Mtn. Gun Owners v. Louisville,* No. 22-cv-2111 and *Rocky Mtn. Gun Owners v. City of Boulder*, No. 22-cv-2112.

5. Boulder County needs additional time to prepare its response to the preliminary injunction motion. It is still in the process of determining if it will take on additional counsel in the case, and it needs time to consult with potential expert witnesses.

6. Therefore, in the interest of judicial efficiency and fairness, the parties request that this Court stay the deadline for further briefing of the preliminary injunction motion to allow the Parties time to coordinate resources (including resources for obtaining experts) and briefing schedules.

7. Accordingly, the Parties request that this Court vacate all deadlines except for the status conference currently set for October 27, 2022 at which time the parties may provide the Court with a proposed briefing schedule for the preliminary injunction hearing.

Dated: September 20, 2022.

                                                Respectfully submitted,

                                                BOULDER COUNTY ATTORNEY

By: */s/ Catherine R. Ruhland*
      Catherine R. Ruhland
      David Hughes
      P.O. Box 471
      Boulder, CO 80306
      (303) 441-3190
      dhughes@bouldercounty.org
      truhland@bouldercounty.org

*Counsel for Board of County Commissioners of Boulder County*

/s/ Barry K. Arrington

---

Barry K. Arrington
Arrington Law Firm
3801 East Florida Avenue, Suite 830
Denver, Colorado 80210
Voice:  (303) 205-7870; Fax:  (303) 463-0410
Email:  barry@arringtonpc.com

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on, September 20, 2022, I electronically filed the foregoing **JOINT MOTION TO VACATE AND RESET DEADLINES TO RESPOND TO COMPLAINT AND DEADLINES REGARDING MOTION FOR PRELIMINARY INJUNCTION** via U.S. District Court electronic filing service. A true and correct copy will be served upon each of the clients via email or U.S. Mail, postage prepaid.

*/s/ Stephanie Adamson*
Stephanie Adamson, Legal Assistant