IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02113-CNS-MEH

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendant.

_____

## MOTION FOR RECONSIDERATION
_____

Plaintiffs move the Court to reconsider its order striking their First Amended Complaint. As grounds for this motion, they state:

1. On September 20, 2022, Plaintiffs obtained written consent from Defendant to file an amended complaint. Specifically, in a September 20, 2022 email, Defendants counsel sent the following email in response to Plaintiff's counsel's request for consent to file the amended complaint:

> **From:** Ruhland, Trina <truhland@bouldercounty.org>
> **Sent:** Tuesday, September 20, 2022 3:15 PM
> **To:** barry@arringtonpc.com
> **Cc:** Goodnight, Kari <kgoodnight@bouldercounty.org>; Hughes, David dhughes@bouldercounty.org
> **Subject:** RE: [EXTERNAL] Amended Complaint
> Hi Barry,
> Confirming no objection on the amendment. . . .
> Thanks,
> Trina

1

2.      After having received Defendant's written consent, Plaintiffs filed their amended complaint [Doc. 20].

3.      On September 21, 2022, the Court entered a minute order striking the amended complaint [Doc. 20] on the ground that Plaintiffs had neither the opposing party's written consent nor the Court's leave to file it as required by Rule 15(a).  [Entry 23].

4.      However, as noted above, Plaintiffs did have written consent from the opposing party to file the amended complaint.  Counsel admits that such consent is not apparent from the face of the amended complaint and regrets the confusion this may have caused.

WHEREFORE, since Plaintiffs did have written consent to file the amended complaint [Doc 20], they respectfully request the Court to reconsider its order striking that pleading.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington
Arrington Law Firm
3801 East Florida Avenue, Suite 830
Denver, Colorado 80210
Voice:  (303) 205-7870; Fax:  (303) 463-0410
Email:  barry@arringtonpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2022, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email counsel of record.

*/s/ Barry K. Arrington*
_____
Barry K. Arrington