IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 22-cv-02113-CNS-MEH**

ROCKY MOUNTAIN GUN OWNERS,
NATIONAL ASSOCIATION FOR GUN RIGHTS, and
MARTIN CARTER KEHOE,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY,

    Defendant.

---

**UNOPPOSED MOTION TO AMEND COMPLAINT**

---

Plaintiffs move to amend their Complaint.  As grounds for this motion, they state.

**CERTIFICATION**

The undersigned has conferred with counsel for Defendant and is authorized to inform the Court that Defendant does not object to this motion.

1. Plaintiffs desire to amend their Complaint by adding one line to the Prayer for Relief adding a claim for damages.

2. On September 20, 2022, Defendant's counsel sent the undersigned an email stating that Defendant does not oppose this amendment.

3. Pursuant to Fed.R.Civ.P. 15(a)(2), a party may amend its pleadings with the opposing party's written consent.

4. Pursuant to D.C.Colo.L.CivR 15.1, Plaintiffs attach their amended complaint and a document showing the changes.

1

WHEREFORE, Plaintiffs respectfully request the Court to enter an order deeming the attached First Amended Complaint to be filed.

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge Colorado  80033
Voice:  (303) 205-7870
Email:  barry@arringtonpc.com
Email:  barry@arringtonpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2022, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via email counsel of record:

*/s/ Barry K. Arrington*
_____
Barry K. Arrington